**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF INDIANA**
**HAMMOND DIVISION**

| | | |
|---|---|---|
| FREDRICK CURTIS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Cause No. 2:26-cv-355 |
| | ) | |
| DEIDRE MONROE, et al., | ) | |
| | ) | |
| Defendants. | ) | |

**OPINION AND ORDER**

On August 10, 2026, Fredrick Curtis, proceeding pro se, filed his original complaint and a motion to proceed in forma pauperis. [DE 1; DE 2.] Because Curtis wishes to proceed in forma pauperis, his complaint is governed by 28 U.S.C. § 1915(e)(2)(B), which requires the dismissal of (1) "frivolous" claims, § 1915(e)(2)(B)(i), *see Vey v. Clinton*, 520 U.S. 937, 937 (1997); (2) complaints that fail to state a claim, § 1915(e)(2)(B)(ii), *Jaros v. IDOC*, 684 F.3d 667, 669 n.1 (7th Cir. 2012); *Rowe v. Shake*, 196 F.3d 778, 783 (7th Cir. 1999); and (3) complaints that seek monetary damages against a defendant who is immune from such damages, § 1915(e)(2)(B)(iii). Section 1915(e)(2) applies to all litigants who seek to proceed in forma pauperis, not just prisoners. *See Vey*, 520 U.S. at 37 (applying § 1915(e)(2)(B)(i) to non-inmate); *Jaros*, 684 F.3d at 669 n.1 (explaining that § 1915(e)(2) screening applies to non-prisoner suits).

Curtis' original complaint failed to state a claim and, in an order on August 20, 2026, I granted Curtis until September 21, 2026 to file an amended complaint addressing certain deficiencies I identified in his complaint. [DE 3.] On September 4, 2026, Curtis

filed an amended complaint that presented a whole host of new issues and also failed to state a claim. [DE 4.] I issued another order on September 12, 2026, that identified the deficiencies in the amended complaint, and gave Curtis until October 14, 2026, to file a second amended complaint. [DE 5.] I cautioned Curtis that, if he fails to file a second amended complaint by the deadline, his case may be dismissed under 28 U.S.C. § 1915(e)(2)(B) without further notice because the current complaint does not state a claim for which relief can be granted. *Id.*

It is now October 19, and Curtis has not provided a second amended complaint, nor has he reached out to the Court in any way. Accordingly, the motion to proceed *in forma pauperis* [DE 2] is **DENIED**, the case is **DISMISSED WITHOUT PREJUDICE**, and the Clerk is **DIRECTED** to close this case.

**SO ORDERED**.

ENTERED: October 19, 2026.

/s/Philip P. Simon
PHILIP P. SIMON, JUDGE